**Order entered August 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00299-CV

**HERITAGE NUMISMATIC AUCTIONS, INC. D/B/A HERITAGE AUCTIONS, Appellant**

**V.**

**HUGH STIEL, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09220**

## ORDER

We **GRANT** appellee's August 10, 2016 second unopposed motion to extend time to file his brief and **ORDER** appellee's brief due no later than September 6, 2016.

/s/      ELIZABETH LANG-MIERS
             JUSTICE